```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  STANLEY A. BOONE
    KIRK E. SHERRIFF
 3  Assistant U.S. Attorneys
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for the
    United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:10-cr-00271 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | ) ) | Old Date: April 23, 2012 |
|  | ) | Old Time: 10:00 a.m. |
| CHRISTOPHER LANCE STOVALL, | ) ) | **New Date: October 29, 2012** **New Time: 10:00 a.m.** |
|  | ) | **Court:    Two** |
| Defendant. | ) | **(Hon. Anthony W. Ishii)** |
|  | ) |  |

Defendant Christopher Lance Stovall pleaded guilty on July 1, 2010 to the Information filed in this case. Sentencing is currently set for April 23, 2012, at 10:00 a.m.

This case is related to the pending case U.S. v. David Crisp, et al. (No. 1:11-cr-0026 LJO), which the Court has designated as complex. The present case concerns transactions or events related to the scheme and artifice to defraud mortgage loan companies and federally insured lending/financial institutions that is charged in

U.S. v. David Crisp, et al., and it is anticipated that Mr. Stovall may be called as a witness in that case.

To allow additional time for Mr. Stovall to fulfill his obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from April 23, 2012 to October 29, 2012, at 10:00 a.m., or the earliest date thereafter that is convenient to the Court. The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

Respectfully submitted,

Dated: March 26, 2012    BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kirk E. Sherriff
STANLEY A. BOONE
KIRK E. SHERRIFF
Assistant U.S. Attorneys

Dated: March 26, 2012    /s/ Salvatore Sciandra
(authorized on 3/26/12)
SALVATORE SCIANDRA
Attorney for Defendant
CHRISTOPHER LANCE STOVALL

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The court has reviewed and considered the stipulation of the |
| 3 | parties to continue the sentencing hearing in this case.  Good cause |
| 4 | appearing, IT IS ORDERED that the sentencing hearing is continued |
| 5 | from April 23, 2012 to October 29, 2012, at 10:00 a.m., and that the |
| 6 | deadlines to submit informal objections and to file formal objections |
| 7 | to the Pre-Sentence Report are extended as set forth above. |
| 8 | IT IS SO ORDERED. |

Dated:    March 27, 2012          _____
                                  CHIEF UNITED STATES DISTRICT JUDGE