1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   KIRK E. SHERRIFF
3  HENRY Z. CARBAJAL III
   Assistant U.S. Attorneys
4  2500 Tulare Street, Suite 4401
   Fresno, California 93721
5  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
6
   Attorneys for the
7  United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:10-cr-00271 AWI |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | ) Old Date: October 29, 2012 <br> ) Old Time: 10:00 a.m. |
| CHRISTOPHER LANCE STOVALL, | ) **New Date: April 29, 2013** <br> ) **New Time: 10:00 a.m.** <br> ) **Court:    Two** <br> )   **(Hon. Anthony W. Ishii)** |
| Defendant. | ) |

Defendant Christopher Lance Stovall pleaded guilty on July 1, 2010 to the Information filed in this case. Sentencing is currently set for October 29, 2012, at 10:00 a.m.

This case is related to the pending case <u>U.S. v. David Crisp, et al.</u> (No. 1:11-cr-0026 LJO), which the Court has designated as complex. The present case concerns transactions or events related to the scheme and artifice to defraud mortgage loan companies and federally insured lending/financial institutions that is charged in

U.S. v. David Crisp, et al..

To allow additional time for Mr. Stovall to fulfill his obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from October 29, 2012 to April 29, 2013, at 10:00 a.m., or the earliest date thereafter that is convenient to the Court. The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

Respectfully submitted,

Dated: Oct. 10, 2012  BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kirk E. Sherriff
STANLEY A. BOONE
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant U.S. Attorneys

Dated: Oct. 10, 2012  /s/ Salvatore Sciandra
(authorized on 10/10/12)
SALVATORE SCIANDRA

Attorney for Defendant
CHRISTOPHER LANCE STOVALL

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from October 29, 2012 to April 29, 2013, at 10:00 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

Dated: October 10, 2012

CHIEF UNITED STATES DISTRICT JUDGE